MERCANTILE SAFE–DEPOSIT CO. v. DIMON et al. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by the Mercantile Safe-Deposit Company against Charles L. Dimon and others. No opinion. Motion denied.